AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VICTOR NASH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV623-74

WARDEN D. BEASLEY, WILLEHSA WARREN, MICHAEL SNOWDEN, and FOLKS,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated 2/14/24, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, Plaintiff's complaint is dismissed without prejudice and Plaintiff is denied leave to proceed in forma pauperis on appeal. This case stands closed.

| 2/14/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020